UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LE CUONG,

               Petitioner,

     v.

D. MARIN, et al.,

               Respondent.

_____

)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-00805-SB-AGR

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED STATES
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for writ of habeas corpus, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. Having completed its review, the Court accepts the findings and recommendations set forth in the report. Accordingly, it is ordered that the petition is dismissed without prejudice as moot.

DATED: June 9, 2026

_____
Stanley Blumenfeld Jr.
United States District Judge