JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LE CUONG,

Petitioner,

v.

D. MARIN, WARDEN-FACILITY ADMINISTRATOR, ADELANTO ICE PROCESSING CENTER et al,

Respondent.

Case No. 5:26-cv-00805-SB-AJR

FINAL JUDGMENT

Pursuant to the order accepting findings, conclusions and recommendations of the United States Magistrate Judge, the petition is dismissed without prejudice as moot.

Dated:  June 9, 2026



_____

Stanley Blumenfeld, Jr.
United States District Judge